

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00277-CV

KENT SCRIBNER AND FORT WORTH INDEPENDENT SCHOOL DISTRICT, Appellants

V.

JENNIFER TREGER, FOR HERSELF AND AS NEXT FRIEND OF M.T. AND T.T.; TODD DANIEL, FOR HIMSELF AND AS NEXT FRIEND OF HIS MINOR CHILDREN; JANE DOE, FOR HERSELF AND AS NEXT FRIEND OF HER MINOR CHILDREN; AND KERRI REHMEYER, FOR HERSELF AND AS NEXT FRIEND OF HER MINOR CHILDREN, Appellees

AND

JASON SMITH, INDIVIDUALLY AND AS NEXT FRIEND OF S.S., Appellant

V.

JENNIFER TREGER, FOR HERSELF AND AS NEXT FRIEND OF M.T. AND T.T.; TODD DANIEL, FOR HIMSELF AND AS NEXT FRIEND OF HIS MINOR

§    On Appeal from the 141st District Court

§    of Tarrant County (141-327449-21)

§    March 10, 2022

CHILDREN; JANE DOE, FOR HERSELF
AND AS NEXT FRIEND OF HER MINOR
CHILDREN; AND KERRI REHMEYER,
FOR HERSELF AND AS NEXT FRIEND OF
HER MINOR CHILDREN, Appellees

§    Memorandum Opinion by Justice
     Bassel

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. We affirm the portion of the trial court's order that denied the District Appellants' plea to the jurisdiction as to Appellees' TOMA claim. We reverse the portion of the trial court's order that denied the District Appellants' plea to the jurisdiction as to Appellees' UDJA claim. Accordingly, we vacate our September 13, 2021 order that reinstated the trial court's September 3, 2021 temporary-injunction order, and we dissolve the trial court's September 3, 2021 temporary-injunction order. The case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellees shall pay half of the costs of this appeal, and Appellants Kent Scribner and Fort Worth Independent School District shall pay half of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Dabney Bassel
        Justice Dabney Bassel